IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| STEPHEN PARKER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RENE PENA, DAVID ROUNDSTONE, CALVIN WISON, JACK MARVIN, ROCKY MOUNTAIN REGIONAL DETENTION FACILITY,<br><br>　　　　　Defendants. | CV 21-10-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

　　　　The United States Magistrate Judge filed Findings and Recommendations on August 23, 2021. (Doc. 7). The Magistrate recommended that Parker's Complaint be dismissed for failure to prosecute. (Doc. 7 at 4).

　　　　Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 7) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Parker's Complaint is dismissed and the Clerk of Court is directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision is not taken in good faith.

DATED this 13th day of September, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge